District Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANIEL NII OKWEI QUAYNOR,

        Plaintiffs,

v.

WILLIAM BARR, *et al.*,

        Defendants.

CASE NO. C19-1796 RAJ

STIPULATED MOTION AND ORDER TO DISMISS WITHOUT PREJUDICE AND REMAND TO USCIS

## **JOINT STIPULATION**

The parties stipulate that this matter may be dismissed without prejudice and without costs or fees to either party. The parties agree that U.S. Citizenship and Immigration Services ("USCIS") will adjudicate Plaintiff Daniel Nii Okwei Quaynor's Form N-400, Application for Naturalization, within fourteen days of the date of an order dismissing this matter and remanding it back to the agency.

///

///

///

Stipulated Motion and Order of Dismissal
C19-1796 RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| 1 | Dated this 6th day of December, 2019. | Dated this 6th day of December, 2019. |
| 2 | GENESIS LAW FIRM, PLLC | BRIAN T. MORAN |
| 3 | | United States Attorney |
| 4 | | |
| 5 | *s/ Brandon Scott Gillin* | */s/ Michelle R. Lambert* |
| | BRANDON SCOTT GILLIN, WSBA | MICHELLE R. LAMBERT, |
| 6 | No. 44761 | NYS#4666657 |
| | 3802 Colby Ave., 2nd Floor | Assistant United States Attorney |
| 7 | Everett, Washington 98201 | Western District of Washington |
| 8 | Phone: 425-212-1789 ext. 103 | United States Attorney's Office |
| | Email: brandon@genesislawfirm.com | 1201 Pacific Avenue, Suite 700 |
| 9 | *Attorneys for Plaintiff* | Tacoma, Washington 98402 |
| 10 | | Phone:253-428-3800 |
| | | E-mail: michelle.lambert@usdoj.gov |
| 11 | | *Attorneys for Defendants* |

Stipulated Motion and Order of Dismissal
C19-1796 RAJ - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ORDER

The parties having so stipulated, IT IS SO ORDERED that this case is dismissed without prejudice and without costs or fees to any party, and remanded to USCIS for the agency to adjudicate Plaintiff Daniel Nii Okwei Quaynor's Form N-400, Application for Naturalization, within fourteen days of the date of this order.

DATED this 11th day of December, 2019.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

Stipulated Motion and Order of Dismissal
C19-1796 RAJ - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970